**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:03-cr-022 |
| Curtis L. Feather, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| Curtis L. Feather, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:05-cv-127 |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

_____

Before the Court is the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. The Court has conducted an initial review of the motion and, without passing on its merits, **ORDERS** the Clerk of Court's Office to serve the Respondent with a copy of the petition and further **ORDERS** the Respondent to file a response to the motion within 60 (sixty) days from the date of this Order.

Dated this 9th day of December, 2005.

_____
Daniel L. Hovland, Chief Judge
United States District Court